### ORDER

PER CURIAM.

Kelvin Newlon (Movant) appeals the judgment of the Circuit Court of the City of St. Louis denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Movant claims that the motion court erred in denying his claim that appellate counsel was ineffective in failing to assert that the trial court erred in admitting evidence that Movant fired a gun at the victim's mother.

We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court's decision to deny Movant's Rule 29.15 motion was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Glenn A. Norton, J.

### ORDER

PER CURIAM

Michael Haywood ("Movant") appeals from the judgment of the motion court denying his amended motion for post-conviction relief pursuant to Rule 29.15 without an evidentiary hearing. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

■

**Michael HAYWOOD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 100666**

Missouri Court of Appeals
Eastern District
DIVISION ONE

FILED: October 28, 2014

**PDI GROUP, INC., Respondent,**

v.

**JOHN P. MCLAIN, INC., d/b/a J.P. McLain, Inc., Defendant,**

and

**The Desco Group, Inc., Appellant.**

**No. ED 100792**

Missouri Court of Appeals
Eastern District
DIVISION TWO

FILED: October 28, 2014